IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.  09-po-00031-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KODIE L. ARNETT,

    Defendant.

_____

**ORDER RE:   MOTION TO RECUSE**
_____

THIS MATTER, is before the Court on Defendant's Motion to Recuse U.S. Magistrate Judge Laird T. Milburn, dated February 15, 2010.

After review, and pursuant to 28 U.S.C. § 455, the undersigned recuses himself for services in the above-captioned matter for the reasons set forth in Defendant's motion, and directs the clerk of court to assign this matter to U.S. Magistrate Judge Gudrun J. Rice.  **Trial to Court rescheduled to March 2, 2010 at 1:00 p.m.**

Dated in Grand Junction this 17th day of February, 2010.

                                                BY THE COURT:

                                                s/ Laird T. Milburn
                                                _____
                                                Laird T. Milburn
                                                U.S. Magistrate Judge